## Court of Appeals, State of Michigan

## ORDER

People of MI v Danny Butcher

Docket No. 342894

LC No. 17-007763-01 FC

Douglas B. Shapiro
Presiding Judge

Elizabeth L. Gleicher

Brock A. Swartzle
Judges

The Court orders that the September 5, 2019 opinion is hereby AMENDED to correct a clerical error on page three, footnote two should read:

In *Oros* the majority rejected Justice McCORMACK's argument in dissent that "[i]f intent to kill plus any time window during which one could have accomplished premeditation and deliberation now amounts to proof beyond a reasonable doubt, then I find it hard to imagine what second-degree murder wouldn't also be a first-degree murder. That can't be constitutional." *Oros*, 502 Mich at 263 (McCORMACK, J., dissenting).

In all other respects, the September 5, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 1 7 2019
_____
Date

_____
Chief Clerk